IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

| | |
|---|---|
| PHILLIP K. DOUGHTIE, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 4:20-cv-00160-D ) |
| SARA LEE FROZEN BAKERY, LLC, | ) ) ) |
| Defendant. | ) ) |

## ORDER GRANTING JOINT MOTION FOR APPROVAL OF SETTLEMENT AGREEMENT

This matter came before the Court on Plaintiff Phillip K. Doughtie's and Defendant Sara Lee Frozen Bakery, LLC's Joint Motion for Approval of Settlement Agreement, filed on September 11, 2020. After consideration of the parties' Joint Motion, Memorandum, and supporting documents, the Court approves, as to form and content, the Settlement Agreement attached as Exhibit 1 to the Joint Memorandum in Support of the Motion for Approval of Settlement Agreement   The Settlement Agreement represents a fair and reasonable resolution of disputed claims and issues arising from a bona fide dispute under the Fair Labor Standards Act.

It is **HEREBY ORDERED AND ADJUDGED** that:

1. The Joint Motion is **GRANTED**.
2. This case is hereby **DISMISSED** with prejudice.

**IT IS SO ORDERED.**

Dated this 18 day of September, 2020

_____
JAMES C. DEVER, III
U.S. DISTRICT COURT JUDGE